IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| **WILLIE HUTCHERSON** | * |
| **ADC #93873** | * |
| | * |
| **Plaintiff** | * |
| | * |
| v. | *   Case No. 2:06CV00198 JMM/JFF |
| | * |
| **GREG HARMON,** *et al.* | * |
| | * |
| **Defendants** | * |

## JUDGMENT

Consistent with the Memorandum Opinion and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. Section 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 22nd day of November, 2006.

UNITED STATES DISTRICT JUDGE